FILED
JAMES J. VILT, JR. - CLERK

APR 19 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**DEKODA STINSON**

INDICTMENT

NO. 3:23-CR-43-RGJ

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 982(a)(5)
18 U.S.C. § 2119(1)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Carjacking)*

On or about February 15, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEKODA STINSON**, with the intent to cause death or serious bodily harm, took a motor vehicle, that is, a 2020 KIA Telluride with vehicle identification number 5XYP64HC5LG051348, bearing Kentucky license plate 400ZVX, that had been transported, shipped and received in interstate commerce, from A.W. by force, violence and intimidation.

In violation of Title 18, United States Code, Section 2119(1).

The Grand Jury further charges:

## COUNT 2
*(Possession of a Firearm in Furtherance of a Crime of Violence)*

On or about February 15, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEKODA STINSON**, did knowingly possess a firearm, that is a Rock

Island Armory .38 Special revolver bearing serial number RIA2337920, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 3
*(Possession of a Firearm by a Prohibited Person)*

On or about February 15, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEKODA STINSON**, knowingly possessed, in and affecting commerce, a firearm, that is, a Rock Island Armory, .38 Special revolver, bearing serial number RIA2337920, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about August 16, 2022, in Grayson Circuit Court, Grayson County, Kentucky, in Case Number 20-CR-00286, **DEKODA STINSON**, was convicted of the offense of Receiving Stolen Property Less than $10,000;

> On or about June 17, 2020, in Hardin Circuit Court, Hardin County, Kentucky, in Case Number 19-CR-01001, **DEKODA STINSON**, was convicted of the offense of Receiving Stolen Property Less than $10,000;

> On or about July 11, 2017, in Hardin Circuit Court, Hardin County, Kentucky, in Case Number 17-CR-00527, **DEKODA STINSON**, was convicted of the offenses of Burglary in the Third Degree and Bail Jumping in the First Degree; and

> On or about April 7, 2016, in Hardin Circuit Court, Hardin County, Kentucky, in Case Number 16-CR-00234, **DEKODA STINSON**, was convicted of the offense of Assault in the Third Degree Police/Probation Officer.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 2119, as described in Count 1 of this Indictment, the defendant, **DEKODA STINSON**, shall forfeit to the United States any and all property constituting, or derived from, proceeds defendant obtained, directly or indirectly, as a result of this offense, pursuant to Title 18, United States Code, Section 982(a)(5).

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A) and 2119, as alleged in Counts 1 through 3 of this Indictment, felonies punishable by imprisonment for more than one year, **DEKODA STINSON**, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses including, but not limited to, a Rock Island Armory .38 Special revolver bearing serial number RIA2337920, and ammunition.

A TRUE BILL.

Redacted

FOREPERSON

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:JRP041923

UNITED STATES OF AMERICA v. **DEKODA STINSON**

## PENALTIES

Counts 1 and 3:     NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count).
Count 2:     NL 5 yrs./$250,000/both/NM 5 yrs. Supervised Release (consecutive)
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.